Hyman Zubrinsky, Doing Business under the Firm Name and Style of H. Zubrinsky & Company, Respondent, v. David W. Biow, Doing Business under the Firm Name and Style of David W. Biow & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account of Robert S. Stedman and Others, as Executors of Ernest G. Stedman, Deceased, Respondents. Robert S. Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Laughlin, J., dissented.

Max Claman, Respondent, v. Morris Claman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Carlotta Nillson, Respondent, v. Walter N. Lawrence and Others, Impleaded with The American Play Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Molvine White Goldstein, Appellant, v. Emma Leland Wesson and Eufrasia Leland, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Julius Bash, Respondent, v. Isidor Heiliger, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Petition of Maynard N. Clement (William W. Farley, Successor), as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 3,759, Issued to William G. Stethem, Respondent, Appellant. John W. Hahne and James Marshall, Intervening, Respondents, Appellants.— Judgment and order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Larchan, Plaintiff, v. Henrietta Cohen and Others, Impleaded with Emily Macduff, Appellant, and Max Marx, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Schulman, Respondent, v. Graphic Arts Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion.

Hammond Packing Company, Appellant, Respondent, v. William J. Howey, Respondent, Appellant. (Action No. 2.)— Order affirmed, without costs. No opinion.

Otto R. H. Ludewig, Respondent, v. Andreas C. Bosselman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Kate Halcrow, Respondent, v. Charles Brogan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Reginald G. Barclay, Respondent, v. Alexander Barrie, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Commonwealth of Massachusetts v. Maurice H. Klaus. The People of the State of New York, Appellant; Rembrandt Peale, Respondent.— Motion to dismiss appeal denied.

Chester H. Freeman v. Julius E. Mosheim and Others.— Motion to dismiss appeal granted as to respondents Marks and Richman, with ten dollars costs.

Edward P. Temple v. Arthur Voegtlin.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order.